TEEVAL Co., INC., Appellant, *v.* JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent.

Argued October 23, 1952; decided December 4, 1952.

860

*Robert S. Fougner* for appellant.

*Norman S. Fenton* and *Robert H. Schaffer* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 304 N. Y. 981.]